5 A.3d 816

**Albert Bailey CROSBY, Petitioner**

v.

**COMMON PLEAS COURT OF FIRST JUDICIAL DISTRICT PHILADELPHIA, Respondent.**

**No. 87 EM 2010.**

Supreme Court of Pennsylvania.

Oct. 4, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of October, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**